# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RYAN PAUL VAN GORDEN
RYAN P VAN GORDEN
VAN GORDEN QUICK LUBE, LUBE EXPRESS
JACLYN KRISTINE VAN GORDEN

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

CASE NO: 5-20-00709-RNO

vs.

RYAN PAUL VAN GORDEN
RYAN P VAN GORDEN
VAN GORDEN QUICK LUBE, LUBE EXPRESS
JACLYN KRISTINE VAN GORDEN

MOTION TO DISMISS WITH PREJUDICE

Respondent(s)

## ORDER

Upon consideration of the Trustee's Motion to Dismiss Case for Failure to File a List of Creditors, with Prejudice as to Ryan Paul Van Gorden only, after hearing held on April 1, 2020, it is

ORDERED that the Motion is GRANTED and the above-captioned bankruptcy is DISMISSED as to Jaclyn Kristine Van Gorden; and,

FURTHER ORDERED the Motion is GRANTED and the above-captioned bankruptcy is DISIMISSED WITH   PREJUDICE as to Ryan Paul Van Gorden. Debtor is hereby BARRED from filing in this district for a period of 180 days from the date of this order without prior court order.

Dated: April 1, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge  BI