# Notice Recipients

District/Off: 0314–5  User: AutoDocketer  Date Created: 4/1/2020
Case: 5:20–bk–00709–RNO  Form ID: pdf010  Total: 7

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Charles J DeHart, III (Trustee) | dehartstaff@pamd13trustee.com |
| aty | James W Hennessey | jhennessey@dilworthlaw.com |
| aty | Jennifer L. Maleski | jmaleski@dilworthlaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Ryan Paul Van Gorden | 400 Saw Mill Road | Stroudsburg, PA 18360 | | |
| jdb | Jaclyn Kristine Van Gorden | 400 Saw Mill Road | Stroudsburg, PA 18360 | | |
| 5310829 | PNC Bank, N.A. | c/o Jennifer L. Maleski, Esq. | Dilworth Paxson LLP | 1500 Market Street, Suite 3500E | Philadelphia, PA 19102 |

TOTAL: 3